Graham S.P. Hollis, Esq. (SBN 120577)
Marta Manus, Esq. (SBN 260132)
GRACE**HOLLIS** LLP
3555 Fifth Avenue
San Diego, California  92103
(619) 692-0800
(619) 692-0822 – fax

Attorneys for Plaintiffs

Alfred L. Sanderson, Jr.
Kristina M. Launey
Seyfarth Shaw LLP
400 Capitol Mall, Suite 2350
Sacramento, CA 95814-4428

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDI HOVATER and ALISHIA L. JACKSON, individually and on behalf of all similarly situated current and former employees of WINCO FOODS, LLC., and WINCO FOODS, INC.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WINCO FOODS, LLC., WINCO FOODS, INC. and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>_____ | Case No. 2:10-CV-00621-JAM-DAD<br><br>**JOINT STIPULATION TO CONTINUE DATE TO SUBMIT JOINT STATUS REPORT**<br><br>Judge:  Hon. John A. Mendez<br>Complaint filed:   2/18/10<br>Trial date:         not set<br><br>Hearing date:<br>Hearing time: |

**WHEREAS,** Plaintiff has filed a Motion to Remand that is scheduled for hearing June 16, 2010;

**WHEREAS,** the Court's Order dated March 17, 2010 required the parties to meet and confer and submit a Joint Status Report within 60 days of the Order; and

///

_____
JOINT STIPULATION TO CONTINUE DATE TO SUBMIT JOINT STATUS REPORT
- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS,** the parties wish to move the deadline for filing the Joint Status Report until after Plaintiff's Motion to Remand is heard.

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that the deadline for filing the Joint Status Report shall be continued. The parties shall confer as required by Fed. R. Civ. P 26(f) and shall prepare and submit to the Court a Joint Status Report that includes the Rule 26(f) discovery plan to the Court by June 23, 2010. The Joint Status Report shall address all matters outlined by this Court in Order of March 17, 2010 Requiring Joint Status Report.

Dated: May 5, 2010         GRACE**HOLLIS** LLP

                           By:   s /Graham S.P. Hollis
                                 Graham S.P. Hollis, Esq.
                                 Attorney for Plaintiffs
                                 ghollis@gracehollis.com


Date: May 5, 2010          SEYFARTH SHAW LLP

                           By:   s/ Alfred L. Sanderson, Jr.
                                 (as authorized on May 5, 2010)
                                 Alfred L. Sanderson, Jr.
                                 Attorney for Defendants
                                 asanderson@seyfarth.com

**IT IS SO ORDERED.**

DATED:  May 10, 2010       /s/ John A. Mendez
                           Honorable John A. Mendez
                           JUDGE OF THE UNITED STATES
                           DISTRICT COURT

---