SEYFARTH SHAW LLP
Alfred L. Sanderson (State Bar No. 186071)
Brandon R. McKelvey (State Bar No. 217002)
Jason D. Glenn (State Bar No. 244470)
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
WINCO FOODS, LLC

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDI HOVATER, individually and on behalf of all similarly situated current and former employees of WINCO FOODS, LLC, and WINCO FOODS, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>WINCO FOODS, LLC, WINCO FOODS, INC. and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No. 2-10-CV-00621-JAM-DAD<br><br>**STIPULATION AND ORDER RE: DISMISSAL OF PLAINTIFF'S CLASS CLAIM FOR FAILURE TO PAY VESTED VACATION PAY (FOURTH CAUSE OF ACTION -- VIOLATION OF LABOR CODE § 227.3)**<br><br>Judge: Hon. John A. Mendez<br><br>Complaint filed: February 18, 2010<br>Trial Date: None Set |

**WHEREAS** Plaintiff Mandi Hovater's ("plaintiff") First Amended Complaint alleges that Defendant WinCo Foods, LLC ("defendant") violated California Labor Code § 227.3 by allegedly failing to pay certain WinCo employees vested vacation pay upon termination;

**WHEREAS** plaintiff's First Amended Complaint seeks to represent a class of "[a]ll current and former California employees of WINCO, not subject to a Working Conditions & Wages Agreement, who were not paid their accrued and unused vacation time pay upon separation of employment, for the period February 9, 2006 to the present ("Vacation Pay Class");

**WHEREAS** defendant has represented to plaintiff in verified discovery responses that the putative Vacation Pay Class consists of only seven individuals;

**WHEREAS**, based on defendant's verified discovery responses, plaintiff has agreed not to pursue class certification of the Vacation Pay Class due to a lack of a sufficient number of

PDF created with pdfFactory trial version www.pdffactory.com

1  putative class members, and therefore she will only pursue vacation pay claims individually on

2  behalf of herself;

3       **THEREFORE, IT IS HEREBY STIPULATED** by and between plaintiff and

4  defendant, through their attorneys of record, that plaintiff will not pursue certification of a

5  Vacation Pay Class or any claim for vacation pay other than her own individual claim, and any

6  references to the Vacation Pay Class are deemed to be stricken from the First Amended

7  Complaint.

8

9  DATED: January _____, 2011               SEYFARTH SHAW LLP

10

11                                          By_____

12                                               Alfred L. Sanderson, Jr.
                                                Brandon R. McKelvey
13                                               Jason D. Glenn
                                            Attorneys for Defendant
14                                          WINCO FOODS, LLC

15  DATED: January ____, 2011               GRACE HOLLIS LLP

16

17                                          By_____

18                                               Graham S.P. Hollis
                                                Marta Manus
19                                          Attorneys for Plaintiff
                                            MANDI HOVATER

20

21                            **<u>ORDER</u>**

22       Pursuant to the parties' stipulation, it is hereby ORDERED that all references to the

23  Vacation Pay Class are stricken from plaintiff's First Amended Complaint.

24       **IT IS SO ORDERED.**

25  DATED:   1/25/2011                      /s/ John A. Mendez
                                            Hon. John A. Mendez
26

27

28

13043923v.1
                                    2
                        STIPULATION AND ORDER RE DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com